

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00061-CV

## IN THE INTEREST OF B.B., A CHILD,

**From the County Court at Law
Hill County, Texas
Trial Court No. 45,718**

## MEMORANDUM OPINION

We abated this parental-rights termination appeal for a hearing in the trial court on Appellant's counsel's motion to withdraw, which was granted.  Although Appellant failed to attend the hearing, the trial court found Appellant to be indigent and appointed new counsel for him.

In a letter dated June 30, 2009, the Clerk of the Court notified all parties that, unless within twenty-one (21) days Appellant notified the Court in a writing personally signed by Appellant that he wishes to proceed with this appeal, it would be dismissed for want of prosecution.

Because Appellant has failed to so notify the Court, this appeal is dismissed for want of prosecution.  TEX. R. APP. P. 42.3(b).

REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Dismissed
Opinion delivered and filed July 29, 2009
[CV06]